

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Laura Elena Solis Valdovino

**Civil Action No.**  26-cv-03005-AGS-SBC

**Plaintiff,**

V.

see attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court thus grants the petition and orders that petitioner receive a bond hearing pursuant to 8 U.S.C. § 1226(a) by June 5, 2026

**Date:**        5/26/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-3005-AGS-SBC

Respondent
Christopher J. LaRose
Warden of Otay Mesa Detention Center

Respondent
Gregory J. Archambeault
Immigration and Customs Enforcement (ICE) San Diego Field Office Director

Respondent
Todd M. Lyons
Acting Director of Immigration and Customs Enforcement (ICE/ERO)

Respondent
Markwayne Mullin
Secretary of the Department of Homeland Security

Respondent
Todd Blanche
U.S. Attorney General